UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>          Plaintiff,<br><br>     v.<br><br>JACQUAY MARCUS WASHINGTON,<br>          Defendant. | Case No. 06-5186M<br><br>**DETENTION ORDER** |

THE COURT, having considered the Defendant's Waiver of Hearing on Order of Detention (filed in response to the government's Motion for Detention), in which the defendant requests that an order of detention be issued pending further proceedings in this case, orders as follows:

**THE DEFENDANT IS TO BE DETAINED**, and

1) shall be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal; 2) shall be afforded reasonable opportunity for private consultation with counsel; and 3) shall on order of a court of the United States or on request of an attorney for the Government, be delivered to a United States marshal for the purpose of an appearance in connection with a court proceeding.

DATED   September 19, 2006                          .

  /s/ J. Kelley Arnold
UNITED STATES MAGISTRATE JUDGE

ORDER
Page - 1

ORDER
Page - 2