JUDGE FRANKLIN D. BURGESS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR06-5608FDB |
| Plaintiff, | ) | |
| | ) | ORDER GRANTING STIPULATED |
| vs. | ) | MOTION TO CONTINUE TRIAL |
| | ) | DATE |
| JACQUAY WASHINGTON, | ) | |
| Defendant. | ) | |

Based on the stipulated motion of the parties to continue the trial date, and the affidavit of defense counsel in support of the motion, the Court makes the following findings of fact and conclusions of law:

1. The ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

2. Proceeding to trial absent adequate time for the defense to prepare would result in a miscarriage of justice. 18 U.S.C. §3161(h)(8)(B)(I).

3. The defense needs additional time to explore issues of some complexity, including all relevant issues and defenses applicable to the case, which would make it unreasonable to expect adequate preparation for pretrial proceedings or for trial itself within the time limits established by the Speedy Trial Act and currently set for this case. 18 U.S.C. § 3161(h)(8)(B(ii).

ORDER GRANTING STIPULATED MOTION
TO CONTINUE TRIAL DATE                 1

FEDERAL PUBLIC DEFENDER
1331 Broadway, Ste. 400
Tacoma, Washington  98402
(253) 593-6710

1    4.  Taking into account the exercise of due diligence, a continuance is necessary to allow the defendant the reasonable time for effective preparation his defense.  18 U.S.C. § 3161(h)(8)(B)(iv).

NOW, THEREFORE,

IT IS HEREBY ORDERED that the trial date is continued from December 4, 2006 to March 5, 2007, at 9:00 am.  The resulting period of delay from December 4, 2006, up to and including the new trial date of March 5, 2007, is hereby excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(8)(A) and (B).

Pre-trial motions are due no later than January 8, 2007.

Pre-trial conference shall be on February 23, 2007, at 2:30 pm.

DONE this 17th day of November, 2006.

_____

JUDGE FRANKLIN D. BURGESS

UNITED STATES DISTRICT JUDGE

Presented By:

/s/_____          /s/_____

RUSSELL V. LEONARD                     KENT LIU

Attorney for Defendant                    Assistant United States Attorney

ORDER GRANTING STIPULATED MOTION
TO CONTINUE TRIAL DATE                    2

**FEDERAL PUBLIC DEFENDER**
1331 Broadway, Ste. 400
Tacoma, Washington  98402
(253) 593-6710